IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD B. WILLIAMS,  <br>           Plaintiff,  <br>    v.  <br>J. P. MORGAN CHASE BANK, et al.,  <br>           Defendants. | No. C 14-00959 EJD (PR)  <br>ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION |

   On February 28, 2014, Plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  Plaintiff also filed a "Declaration in Support of Request to Proceed In Forma Pauperis."  (Docket No. 3.)  On the same day, the Clerk sent Plaintiff a notice that his In Forma Pauperis ("IFP") application was insufficient because he did not use the correct form.  (Docket No. 2.)  Plaintiff was provided with a copy of the court's current IFP application and a return envelope, and directed to either pay the filing fee or file the correct IFP within twenty-eights days of the notice to avoid dismissal of the action.  (Id.)

   Plaintiff filed additional documents on April 2, 2014, which is an untimely response and do not cure the defect of his initial IFP application.  (Docket No. 4.)  In the interest of justice, the Court shall give Plaintiff a second opportunity and additional time to submit a complete IFP application using the court form; he shall do so **within twenty-**

Order Granting Ext. Of Time to File IFP  
00959Williams_eot-ifp.wpd

1

1  **eight (28) days** of the date this order is filed.

2  **Failure to respond in accordance with this court order in the time provided**
3  **will result in the dismissal without prejudice of this action without further notice to**
4  **Plaintiff.**

5  DATED: 4/10/2014

              EDWARD J. DAVILA
6                United States District Judge

Order Granting Extension of Time to File IFP Application
P:\PRO-SE\EJD\CR.14\00959Williams_eot-ifp.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DONALD B WILLIAMS,

        Plaintiff,

  v.

J. P. MORGAN CHASE BANK, et al.,

        Defendants.
                                            /

Case Number: CV14-00959 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  4/10/2014 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald B. Williams AC2954
California Men's Colony
P. O. Box 8103
San Luis Obispo, CA 93409

Dated:  4/10/2014

                                        Richard W. Wieking, Clerk
                                    /s/By: Elizabeth Garcia, Deputy Clerk