UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD B. WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>J.P. MORGAN CHASE BANK, N.A., et al.,<br><br>    Defendants. | Case No. 14-0959-VC (PR)<br><br>**ORDER OF TRANSFER** |

Donald B. Williams, a state prisoner currently incarcerated at the California Men's Colony in San Luis Obispo, has filed a civil rights action under 42 U.S.C. § 1983 naming two banks, several individuals, the Los Angeles County Sheriff's Department, the Los Angeles County District Attorney, the Los Angeles County Public Defender, the Superior Court of Los Angeles County, and others based upon events which occurred in the County of Los Angeles.

The acts complained of in this complaint occurred in Los Angeles County which is located in the Central District of California. Venue, therefore, properly lies in the Central District and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The Clerk of the Court shall terminate all motions and transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: May 21, 2014

_____
VINCE CHHABRIA
United States District Judge